AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Donna S. | U. S. District Court, Eastern District of Louisiana | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

500 Poydras St., Room C322
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Education Committee of the Louisiana Bar Foundation |
| 2. | Member of the Board of Directors | New Orleans Chapter of the Federal Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Wiener Weiss and Madison PC SIMPLE IRA Retirement Plan with former employer |
| 2. | 2006 | Phelps Dunbar, LLP 401K Plan with former employer |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | McGlinchey Stafford PLLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Neighbors Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Iberia Bank checking accounts | A | Interest | K | T | | | | | |
| 3. Raymond James Sweep Account | A | Interest | | | Merged (with line 53) | 08/01/13 | K | | |
| 4. Raymond James Sweep Account | A | Interest | | | Merged (with line 53) | 08/01/13 | K | | |
| 5. Schwab Value Advantage Money | A | Interest | | | Merged (with line 53) | 08/01/13 | N | | |
| 6. Fideilty Retirement Mmkt | A | Interest | | | Merged (with line 53) | 08/01/13 | N | | |
| 7. Franklin Money Fund | A | Interest | | | Merged (with line 52) | 08/01/13 | M | | |
| 8. Franklin Money Fund | A | Interest | | | Merged (with line 52) | 08/01/13 | M | | |
| 9. Midland Life Universal Life Policies | A | Interest | K | T | | | | | |
| 10. Royal Dutch Shell A Adrf | A | Int./Div. | J | T | Buy | 10/28/13 | J | | |
| 11. | | | | | Sold (part) | 12/23/13 | J | A | |
| 12. Transocean Inc | | None | J | T | Buy | 09/27/13 | J | | |
| 13. Apache Corp | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |
| 14. BHP Billiton Adr New | A | Int./Div. | J | T | Buy | 10/28/13 | J | | |
| 15. C H Robinson Worldwide | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |
| 16. Fluor Corporation New | A | Int./Div. | J | T | Buy | 10/28/13 | J | | |
| 17. Deere & Co | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dover Corporation | A | Int./Div. | J | T | Buy | 11/18/13 | J | | |
| 19. Johnson Controls Inc | A | Int./Div. | K | T | Buy | 10/28/13 | K | | |
| 20. Kohls Corp | A | Int./Div. | J | T | Buy | 11/18/13 | J | | |
| 21. Bed Bath & Beyond | | None | J | T | Buy | 12/13/13 | J | | |
| 22. Molson Coors Brewing Co | A | Int./Div. | J | T | Buy | 10/28/13 | J | | |
| 23. C V S Caremark Corp | A | Int./Div. | J | T | Buy | 11/18/13 | J | | |
| 24. Sysco Corporation | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |
| 25. Becton Dickinson & Co | A | Int./Div. | J | T | Buy | 10/28/13 | J | | |
| 26. Express Scripts Inc | | None | J | T | Buy | 11/18/13 | J | | |
| 27. Unitedhealth Group Inc | A | Int./Div. | J | T | Buy | 12/13/13 | J | | |
| 28. Teva Pharm Inds Ltd Adrf | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |
| 29. Bank of New York Mellon C | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |
| 30. Wells Fargo & Co New | A | Int./Div. | J | T | Buy | 10/28/13 | J | | |
| 31. A F L A C Inc | A | Int./Div. | J | T | Buy | 11/18/13 | J | | |
| 32. H C P Inc | A | Int./Div. | J | T | Buy | 12/13/13 | J | | |
| 33. Cisco Systems Inc | A | Int./Div. | J | T | Buy | 11/18/13 | J | | |
| 34. Visa Inc Class A | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Western Union Company | A | Int./Div. | J | T | Buy | 11/18/13 | J | | |
| 36. Cognizant Tech Sol Cl A | | None | J | T | Buy | 12/13/13 | J | | |
| 37. Oracle Corporation | A | Int./Div. | J | T | Buy | 10/28/13 | J | | |
| 38. A T & T New | A | Int./Div. | J | T | Buy | 10/28/13 | J | | |
| 39. Entergy Corp New | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |
| 40. Exelon Corporation | A | Int./Div. | J | T | Buy | 11/18/13 | J | | |
| 41. Bank of India CD | A | Int./Div. | K | T | Buy | 12/20/13 | K | | |
| 42. Amer Exp Cent Bk | A | Int./Div. | K | T | Buy | 09/27/13 | K | | |
| 43. Ally Bk Gmac | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |
| 44. Ally Bank CD | A | Int./Div. | K | T | Buy | 12/19/13 | K | | |
| 45. Salle Mae Bank CD | A | Int./Div. | K | T | Buy | 10/31/13 | K | | |
| 46. Bank of Baroda CD | A | Int./Div. | J | T | Buy | 12/19/13 | J | | |
| 47. Discover Bank CD | A | Int./Div. | K | T | Buy | 12/19/13 | K | | |
| 48. BMW Bank North America C | A | Int./Div. | K | T | Buy | 11/26/13 | K | | |
| 49. GE Cap Bk Instl CD | A | Int./Div. | J | T | Buy | 10/31/13 | J | | |
| 50. GE Cap Retail Bank | A | Int./Div. | J | T | Buy | 11/26/13 | J | | |
| 51. CIT Bank CD | A | Int./Div. | J | T | Buy | 11/26/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Schwab Govt Money Fund | A | Interest | M | T | | | | | |
| 53. | Schwab Money Market Fund | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna S. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544